IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 06 117 S |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) and (b)(1)(A)(iii) |
| | ) | |
| CANDIDO RODRIGUEZ | ) | |
| a/k/a Jeilin Vasquez | ) | |

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about February 10, 2006, in the District of Rhode Island, the Defendant, CANDIDO RODRIGUEZ, did knowingly and intentionally possess with intent to distribute and distribute, 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A)(iii).

COUNT 2

On or about February 16, 2006, in the District of Rhode Island, the Defendant, CANDIDO RODRIGUEZ, did knowingly and intentionally possess with intent to distribute and distribute, 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A)(iii).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Date: 11/1/06