UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 06-117-S |
| | : | |
| CANDIDO RODRIQUEZ | : | |

**GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT AND WARRANT**

The United States hereby moves that the Indictment and Warrant filed under seal in the above-captioned matter on November 1, 2006, be unsealed and a form of order is attached.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney